[No. 15554.   Department Two.—September 28, 1894.]

THOMAS KELLY, RESPONDENT, v. WILLIAM B. BRADBURY, APPELLANT.

APPEAL—REVIEW OF EVIDENCE—FAILURE OF RESPONDENT TO FILE BRIEF. Where it appears from the record upon appeal that the verdict of the jury is assailed by specifications on the ground of the insufficiency of the evidence to support it, and there is no brief on file by the respondent, and the case is not orally argued in his brief, the judgment and order appealed from will be reversed.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco.

The facts are stated in the opinion of the court.

*Gordon & Young*, for Appellant.

*Charles A. Low*, for Respondent.

FITZGERALD, J.—It appears from the record that the verdict of the jury is assailed by the specifications, on the ground of the insufficiency of the evidence to support it.

There is no brief on file by respondent, nor was the case orally argued in his behalf; it therefore follows, on the authority of *Richter* v. *Fresno etc. Co.*, 101 Cal. 582, and *Davis* v. *Hart*, 103 Cal. 530, that the judgment and order appealed from should be reversed.

So ordered

McFARLAND, J., and DE HAVEN, J., concurred.